# United States District Court

WESTERN DISTRICT OF WASHINGTON

BARBARA E. STEPHENS                    JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,                     CASE NUMBER: C06-5722RJB
Commissioner of Social Security

_____   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X_____   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

Based on the stipulation of the parties, this  matter is REVERSED and REMANDED  to the Commissioner for further administrative proceedings.

_____June 22, 2007_____                      _BRUCE RIFKIN_____
                                             Clerk


                                             /s/Dara L. Kaleel_____
                                             By Dara L. Kaleel, Deputy Clerk